E-filing

FILED
07 SEP -5 PH 2:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph D. Horne                    )   V 84328
                                   )   07   4592
           Plaintiff,              )
                                   )   CASE NO. _____
vs.                                )
                                   )   PRISONER'S            SBA
Robert Horel Warden                )   APPLICATION TO PROCEED
                                   )   IN FORMA PAUPERIS
           Defendant.              )
                                   )                        (PR)

I, Joseph Horne, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  Wal-Mart (worked only 2 weeks).
4  Never had any other job.
5  _____

6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.    Business, Profession or              Yes ____  No ✓
9             self employment
10      b.    Income from stocks, bonds,           Yes ____  No ✓
11            or royalties?
12      c.    Rent payments?                       Yes ____  No ✓
13      d.    Pensions, annuities, or              Yes ____  No ✓
14            life insurance payments?
15      e.    Federal or State welfare payments,   Yes ____  No ✓
16            Social Security or other govern-
17            ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.     Are you married?                        Yes ____  No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.     a.    List amount you contribute to your spouse's support : $ _____
28         b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.    Do you own or are you buying a home?            Yes ____ No ✓
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.    Do you own an automobile?                       Yes ____ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No ✓ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ____ No ✓
18 _____
19 8.    What are your monthly expenses?
20 Rent: $ _____0_____ Utilities: _____0_____
21 Food: $ _____0_____ Clothing: _____0_____
22 Charge Accounts:
23 Name of Account           Monthly Payment           Total Owed on This Acct.
24 _____        $ _____              $ _____
25 _____        $ _____              $ _____
26 _____        $ _____              $ _____
27 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____         - 3 -

1
2
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                              Yes ___  No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  August 8th 2007                          [signature]
15       DATE                                SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Joseph Deonn Horne V84328</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>3.75</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>7.37</u>.    (20%= $1.48)

Dated: __8/9/07__            _____
                              Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __J. Kleppin__
TRUST OFFICE

```
REPORT ID: TS3030                                                    REPORT DATE: 08/09/07
                                                                     PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER  : V84328                      BED/CELL NUMBER: AF01L 000000120L
ACCOUNT NAME    : HORNE, JOSEPH DEONN          ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                             TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE   DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
----   ----   -----------      -------      ---------   --------    -----------    -------

02/01/2007    BEGINNING BALANCE                                                       0.00

03/16*DD31   CHECK DEPOSIT   3302 #447                    45.00                      45.00
03/19*DD30   CASH DEPOSIT    3310 #448                    22.50                      67.50
03/20 W502   POSTAGE CHARG   3330                                       0.39         67.11
03/30*VOR1   REST OVERPMT    3466 DISCK                   50.00                     117.11
03/30 VOF1   ADMIN FEE-RES   3466 DISCK                    5.00                     122.11
03/30 W415   CASH WITHDRAW   3466 DISCK 283146759                     100.00          22.11
04/02 W513   MISC. CHARGES   3480                                       0.40          21.71
04/03 FC06   DRAW-FAC 6      3496 A-1                                  21.71           0.00


                             CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE           DESCRIPTION             COMMENT        HOLD AMOUNT
  ------       ----           -----------             -------        -----------

 05/09/2007    H103    DAMAGES-REFUSED TO SIGN HOLD    4108               4.22


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/28/05                           CASE NUMBER: SS030908
COUNTY CODE: MON                                   FINE AMOUNT: $    1,600.00

   DATE       TRANS.    DESCRIPTION                    TRANS. AMT.      BALANCE
   ----       ------    -----------                    -----------      -------

 02/01/2007   BEGINNING BALANCE                                         1,518.00

 03/16/07     DR31      REST DED-CHECK DEPOSIT            50.00-        1,468.00
 03/19/07     DR30      REST DED-CASH DEPOSIT             25.00-        1,443.00
 03/30/07     VOR1      REST OVERPMT ONLY                 50.00         1,493.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] J. Kleppin
TRUST OFFICE

```
REPORT ID: TS3030                                                    REPORT DATE: 08/09/07
                                                                     PAGE NO:           2
                              PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCT: V84328         ACCT NAME: HORNE, JOSEPH DEONN                  ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS        TRANSACTIONS
   BALANCE         DEPOSITS      WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
  -----------    -----------    -----------    -----------   -----------    -----------
       0.00         122.50         122.50          0.00          4.22           0.00
  -----------    -----------    -----------    -----------   -----------    -----------
```



```
                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                   -------------
                                                                         4.22-
                                                                   -------------
```