To: The Clerk
From: Joseph Horne

9-11th 2007

FILED
SEP 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Greetings!

On the date of 9-10-2007 I received these forms. I don't not understand this form.

It seems as if it's telling me that I have to file my documents with the courts electronically. Is that true?

Please tell me what's going on. It tells me to follow ALL the instructions on the form. But the form speaks only of email filing and "efile" (electronic filing). I'm a pro-se petitioner that's in prison. How could I be forced to file documents electronically? That's totally unfair. I have no access to electronic devices. Is this a way to tell me I can't pursue my federal appeal?

It says on page "1 of 2" that I'm supposed to sign and submit something. What? There's no instructions to follow or no space to be signed. This paperwork is vague and extremely confusing. Please help me understand the paperwork you sent me. I'm very confused.

Thanks!

Respectfully,
Mr. Horne

P.S.
Also you wrote this number HS92SBA. What is that?

My case number is C07 4592-SBA

NAME: Mr. Joseph Harris
CDC NO: V-87328  HOUSING: A1-120
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.41⁰
SEP 13 2007
PITNEY BOWES

Office The Clerk U.S. District
Court Northern District of
California
450 Golden Gate Avenue
San Francisco, CA 94102