To: Honorable S.B. Armstrong
From: Joseph Hoane
Case # 4:07-cv-04592-SBA

FILED
2007 OCT 24 PM 3:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PELICAN BAY
AD-SEG UNIT A-1

Greetings!

Just briefly I'd take a minute of your time.

I received paperwork that my Petition for writ of Habeas Corpus was filed Sept. 5th 2007. I have not received any thing back saying whether you gave an order to show cause or without prejudice denied it with prejudice.

Due to the above facts I've been worried if it's because I did something wrong. This is my first time and I was thinking maybe I messed something up. If I did... I ask that you be kind enough to let me correct it. Please. I'm up against an extremely serious case.

Please help me to know my mistakes. If I have not made any and you just simply have not made you decision. Then I'm sorry. Please take your time.

Thanks.

Respectfully Submitted
[signature]
10-21-07

Mr. Robert Horne #V-84328
P.B.S.P. A1-130
P.O. Box-7500
Crescent City, CA 95532

PELICAN BAY
AD-SEG, UNIT A-1

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

USPS $00.41 OCT 22 2007
MAILED FROM ZIP CODE 95531

Legal Mail

To: Honorable S.B. Armstrong
Office of the Clerk, U.S.
District Court, Northern
District of California
1301 Clay St. Suite 400S
Oakland, California 94612