To:Honorable Judge (SBA).  Oct. 26th 2007
From: Joseph Horne #V-84328
Pro-Se.

Case Number: 4:07-cv-04592-SBA

FILED
OCT 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Greetings!

Ma'am I believe I've found my problem. And I need your help to help me correct it.

I believe you may be waiting for me to serve the Attorney General with a copy of my complaint. I was just reading my litigants manual that says I have 120 days to serve the Attorney General after I file my complaint with the courts. I'm so sorry.

I had read in the local rules that since I was pro-se I only needed to file the original with the courts. I believe I misunderstood. (Please view document)

I only filed a copy with the courts that was the original. I didn't even keep a copy for myself.

So I need desperately for you to have your clerk send me a copy so that I can serve the Attorney General. Please. I believe I only have 60 days left.

I feel so silly. But I filed in indigency and can not afford to buy the copies from the clerk. Please help me. I will try not to make any more mistakes such as this one. Thanks.

Respectfully,
Joseph Horne.

Joseph Hudson #V-84328
P.B.S.P. A1-130
P.O. Box-7500
Crescent City, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

US POSTAGE $00.41 OCT 29 2007 MAILED FROM ZIP CODE 95531

Office of the Clerk, U.S.
District Court, Northern
District of California
1301 Clay St. Suite 400 S
Oakland, CA 94612-5213