Nov. 11th 07

To: Honorable District Judge.

From: Joseph Horne #V-84328

Case # 4:07-cv-04592-SBA

FILED

NOV 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Greetings!

Hello, I'm sorry for the delay. But here's a copy of every document that was sent to the Attorney Generals office. It leaves tonight to be mailed in the next available mail day

So they have ~~been~~ served by me per. Rule 4(m) of the Federal Rule of civil Procedure.

Thanks!

Address:
P.B.S.P. A1-120
P.O. Box-7500
Desert city CA 95532

Respectfully
Submitted
Joseph Horne

Case 4:07-cv-04592-SBA    Document 1    Filed 09/05/2007    Page 1 of 18

1    **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2    Name Horne          Joseph          D.
           (Last)           (First)        (Initial)

3    Prisoner Number ** V-84328 E-filing

4    Institutional Address P.B.S.P. P.O. BOX - 7500

5    Crescent city ca 95532

6
                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA

8    Joseph Devon Horne                          C 07 4592
     (Enter the full name of plaintiff in this action.)
9
                                   )
                              vs.  )       Case No. _____
10                                )       (To be provided by the clerk of court) SBA
     Warden Robert Horel          )
11                                )       PETITION FOR A WRIT
                                   )      OF HABEAS CORPUS
12   _____)                        (PR)
                                   )
13   _____)
                                   )
14   (Enter the full name of respondent(s) or jailor in this action)  )

15

16                   Read Comments Carefully Before Filling In

17   When and Where to File

18        You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23        If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1    <u>Who to Name as Respondent</u>

2        You must name the person in whose actual custody you are. This usually means the Warden or

3    jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced. These are not proper

5    respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10   A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11       1. What sentence are you challenging in this petition?

12           (a)    Name and location of court that imposed sentence (for example; Alameda

13                  County Superior Court, Oakland):

14           Monterey County Superior Court, Salinas

15           Court                                    Location

16           (b)    Case number, if known ████████  SS030908

17           (c)    Date and terms of sentence April 28th 2007 (see attache)

18           (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                  parole or probation, etc.)          Yes ✓    No ____

20                  Where?

21                  Name of Institution: Pelican Bay State Prison

22                  Address: P.O. Box-7500 Crescent City CA 95532

23       2. For what crime were you given this sentence? (If your petition challenges a sentence for

24   more than one crime, list each crime separately using Penal Code numbers if known. If you are

25   challenging more than one sentence, you should file a different petition for each sentence.)

26       Please see attached sheet labeled

27   "attached Document To Federal writ

28   of H.C."

PET. FOR WRIT OF HAB. CORPUS          - 2 -

3. Did you have any of the following?

    Arraignment:                     Yes ✓      No _____

    Preliminary Hearing:        Yes ✓      No _____

    Motion to Suppress:         Yes ✓      No ✗

4. How did you plead?

    Guilty _____    Not Guilty ✓    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓    Judge alone_____    Judge alone on a transcript _____

6. Did you testify at your trial?          Yes ✓      No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment           Yes ✓      No _____

    (b)    Preliminary hearing      Yes ✓      No _____

    (c)    Time of plea           Yes ✓      No _____

    (d)    Trial                Yes ✓      No ✓

    (e)    Sentencing            Yes ✓      No _____

    (f)    Appeal               Yes ✓      No _____

    (g)    Other post-conviction proceeding    Yes ✓      No _____

8. Did you appeal your conviction?        Yes ✓      No _____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal           Yes ✓      No _____

        Year: 2006      Result: Conviction affirmed

        Supreme Court of California      Yes ✓      No _____

        Year: 2007      Result: Denied.

        Any other court            Yes _____      No ✓

        Year: _____      Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1         petition?                                 Yes ✓     No____

2     (c)     Was there an opinion?               Yes ✓     No____

3     (d)     Did you seek permission to file a late appeal under Rule 31(a)?

4                                                 Yes____     No ✓

5         If you did, give the name of the court and the result:

6         _____

7         _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?       Yes ✓     No____

10         [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16     (a)     If you sought relief in any proceeding other than an appeal, answer the following

17         questions for each proceeding. Attach extra paper if you need more space.

18     I.     Name of Court: California Supreme Court

19         Type of Proceeding: Petition For Writ of Habeas Corpus

20         Grounds raised (Be brief but specific): See Attached Document.

21         a._____

22         b._____\_____\_____

23         c._____\_____\_____

24         d._____\_____\_____

25         Result: Denied.     Date of Result: July 25 2007

26     II.     Name of Court: _____

27         Type of Proceeding: _____

28         Grounds raised (Be brief but specific):

1                 a._____

2                 b._____

3                 c._____

4                 d._____

5                 Result: _____ Date of Result:_____

6       III.    Name of Court: _____

7               Type of Proceeding: _____

8               Grounds raised (Be brief but specific):

9                 a._____

10               b._____

11               c._____

12               d._____

13               Result: _____ Date of Result:_____

14      IV.    Name of Court: _____

15               Type of Proceeding: _____

16               Grounds raised (Be brief but specific):

17                 a._____

18               b._____

19               c._____

20               d._____

21               Result: _____ Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                            Yes _____     No ✓

24       Name and location of court: _____

25   B. GROUNDS FOR RELIEF

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS     - 5 -

1    need more space. Answer the same questions for each claim.

2    　　　[Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5    Claim One: _See attached Document._____

6    _____

7    Supporting Facts: _See attached Document._____

8    _____

9    _____

10   _____

11   Claim Two: _See attached Document._____

12   _____

13   Supporting Facts: _See attached Document._____

14   _____

15   _____

16   _____

17   Claim Three: _See attached Document._____

18   _____

19   Supporting Facts: _See attached Document._____

20   _____

21   _____

22   _____

23   　　　If any of these grounds was not previously presented to any other court, state briefly which

24   grounds were not presented and why:

25   _____

26   _____

27   _____

28   _____

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1        List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3   of these cases:

4       Please see Attached Documents

5

6

7   Do you have an attorney for this petition?                Yes____    No✓

8   If you do, give the name and address of your attorney:

9

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on _August 8th 2007_

14           Date                             Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS     - 7 -

Case 4:07-cv-04592-SBA    Document 1    Filed 09/05/2007    Page 8 of 18

Federal writ of H.C.

Page # 2

A. Information About Your conviction and sentence.

Continue section (1) Part (C).

The court imposed a term of life without parole for the murder (count 1) plus a consecutive indeterminate life term for using a firearm; a consecutive indeterminate life term for attempted murder (count 2) plus a 20 year firearm enhancement; a consecutive life term for shooting at an occupied vehicle (count 6); a consecutive life term for shooting at an occupied dwelling (count 8); a consecutive determinate term of three years for selling drugs (count 7) plus a four-year gang enhancement; and a consecutive eight month term for making a criminal threat (count 5). The court imposed additional terms and enhancements but stayed them under section 654.

Case 4:07-cv-04592-SBA     Document 1     Filed 09/05/2007     Page 9 of 18     H.C.

Page # 2

A. Information About Your Conviction

continue Part (a)(2)

count one, murder with a "criminal street gang" special circumstance and enhancements for discharging a firearm and causing great bodily injury and death and committing the offense for the benefit of a criminal street gang (Pen. code §§ 187, 186.22, & subd. (b)(1), 190.2, subd. (a)(22), 12022.53, subd. (c) and (d); count two, attempted murder with gang and firearm discharge enhancements (§§ 664. 187, 186.22, subd. (b)(1)); count three, assault with a firearm with a gang enhancement (§§ 245, subd. (a)(2), 186.22, subd. (b)(1)); count five, making criminal threats (§ 422); count six, shooting at an occupied vehicle with a gang enhancement (§§ 246, 186.22, subd. (b)(1)); count seven, sale or transportation of a controlled substance with a gang enhancement (Health & saf. code § 11352; § 186.22, subds. (b)(1) & (b)(4)(B); as (b)(1)); count eight, shooting at an inhabited dwelling with gang enhancements (§§ 246, 186.22, subds. (b)(1) & (b)(4)(B); count nine, assault with a firearm with a gang enhancement (§ 245, subd. (a)(2), 186.22, subd. (b)(1).

¹ All further statutory references are to the Pen. code unless otherwise specified.

Attached Documents of federal writ of H.C.
continue page -4- section (a) Part I

(a) Trial defense counsel rendered ineffective
assistance of counsel when he failed to
protect petitioner from abusive cross-
examination by the prosecutor...

(b) Trial (Total) counsel rendered ineffective
assistance when he refused to present
petitioner's direct testimony by the normal
question and answer Method; instead, defense
counsel did not participate in direct
examination; he did not prepare petitioner
for direct examination; he required peti-
tioner to present his own testimony by
narrative summary...

(c) Defense counsel rendered ineffective
assistance when he failed to object to Non-
qualifying crimes being used to prove the
street gang special circumstance and the
street gang enhancements...

(d) Defense counsel rendered ineffective
assistance of counsel when he failed to object
to hearsay evidence that co-defendant Samantha
smith pled guilty to the crime of accessory
after the fact for shooting at Beverly Jones's
House...

(E) The conviction should be reversed for
cumulative error...

(F) Defense counsel rendered ineffective assistance
by failing to object to the verdict and sentence for
premeditated aspect of attempted murder on the grou-
nd that the enhancement of premeditated was not
pled as required...

-10-

Continue page #6 part B. "Grounds for Relief."

Claim one: Trial court erred and or trial counsel rendered ineffective assistance of counsel when they failed to protect petitioner from abusive cross examination from abusive cross examination by the prosecutor... Petitioner was denied a fair trial. (Please view constitutional violations on additional page.) Prosecutor committed misconduct...

Continue: supporting facts of claim one: At trial while petitioner was on the stand being cross examined by the prosecutor neither trial counsel or trial judge protected him. The prosecutor asked petitioner more than 40 improper questions. Petitioner's trial counsel sat mute during the entire cross examination. Raising absolutely no objections. He did not participate. After trial counsel notified the courts that he did not understand the narrative summary the courts did nothing to be sure counsel understood his position.

Continue claim Two: Trial counsel rendered ineffective assistance of counsel when he refuse to press — present petitioner's direct testimony... by the norm al question and answer method, instead defense counsel did not participate in direct examination. He did not prepare petitioner for direct examination; He required petitioner to present his own testimony by narrative summary... (Please view U.S. constitutional violations on additional page.) Petitioner was denied right to a fair trial... It further violated petitioners right to effective assistance of counsel.

-11-

Attachment, pleading, petition for writ of H.C.

Page -6-

<u>Continue supporting facts of claim two:</u>
A defendant may be required to testify by narrative summary, but "only" if he has admitted guilt to his lawyer...and wish to give testimony contrary to the truth. Here, trial counsel refuse to participate during petitioner's direct testimony telling the courts he had an "ethical obligation." At no time did petitioner admit any guilt to defense trial counsel. Nor did petitioner tell trial counsel that he wished to testify contrary to the truth. In other words, give perjured testimony. Trial counsel did absolutely nothing to prepare petitioner for direct examination.

<u>Continue claim three:</u>
Defense counsel rendered ineffective assistance when he failed to object to hearsay evidence that co-defendant Samantha Smith pled guilty to the crime of accessory after the fact for shooting at Beverly Jone's house. Trial court erred in admitting evidence of a non-testifying co-defendants guilty plea.

<u>Continue supporting facts of claim three:</u>
Trial counsel failed to object to documents of a co-defendants guilty plea. The documents was never discussed in court but merely moved into evidence at the end of trial. These documents were viewed by the jury as evidence even though the co-defendant invoked her 5th Amendment Right. Trial courts allowed in documents of a non-testifying co-defendants plea...

Attached

Continue claim four: page -6-

Defense counsel rendered ineffective assistance by failing to object to the verdict and sentence for the premeditated aspect of attempted murder on the grounds that the enhancement of premeditation was not pleaded as required. (Please view U.S. constitutional violations on additional page).

Continue supporting facts: for claim four:

Petitioner was convicted and sentence on the charge of the premeditated aspect of attempted murder without it ever being pleaded. Petitioner never received notice of such charge. Although the requiring of notice and plea of all charges has been long settled. Trial counsel failed to object to the verdict and sentence of this charge that petitioner never received notice of or did not plead to.

Continue claim five:

The trial court erred regarding the predicate felonies need for the gang special circumstances and the several gang enhancements. Defense counsel rendered ineffective assistance when he failed to object to nonqualifying crime being used to prove the street gang special circumstance and the street gang enhancement.

Continue supporting facts: of claim five:

The prosecutor used seven different crimes to prove the gang special circumstances and the several gang enhancements. These were all separate acts. The court failed to sua sponte the jury that it must be unanimous as to which two or more crimes it relied upon. Atleast 4 of the charges did not qualify as predicate offenses. Trial counsel failed to object to these non-qualifying offenses. Even though he had knowledge that they were committed by rival gangs.

-13-

Attached statement of federal court of N.C.
continue Grounds for Relief... U.S. constit-
Page 6
utional violations for each claim:

Claim one's U.S. constitutional violations:
Violation of U.S. constitution 5th and 14th
Amendments. Also it violates petitioner's
6th Amendment.

Claim Two's U.S. constitutional violations:
Violation of U.S. constitutional 5th, 14th and
6th Amendments.

Claim Three: U.S. constitutional violation:
Violation of U.S. constitution 6th and 14th
Amendment.

Claim Four U.S. constitutional violation:
Violates U.S. constitution, 6th, 5th and 14th
Amendment.

Claim Five U.S. constitutional violation:
It violates U.S. constitution 5th and 14th
Amendments.

Claim Six U.S. constitutional violation:
5th & 6th Amendment.

Claim Seven: U.S. constitutional violations:
5th Amendment and 6th Amendment.

1    Attached Document of Federal Court of H.C.
        page # 7-
2    continued list of supporting cases.

3    People v. Hall (1988) 17 cal. 4th 800

4    People v. Hult (1984) 37 cal. 3d 436

5    People v. Jackson (1986) 177 cal. App. 3d 708

6    People v. Johnson (1998) 62 cal. App. 4th 608

7    People v. Koontz (2002) 27 cal. 4th 1041

      People va. Lee (1994) 28 cal. App. 4th 1724

      People v. Mellon (1988) 44 cal. 3d 713

      People v. Nation (1980) 26 cal. 3d 412

      People v. Pope (1979) 23 cal. 3d 412

      People v. Robles (1970) 2 cal. 3d 205

      People v. Sanchez (1985) 170 cal. App. 3d 216

      People v. Seal (2004) 34 cal. 4th 535

      People v. Sergill (1982) 138 cal. App. 3d 34

      Apprendi v. New Jersey (2000) 530 u.s. 436

      Berger v. United States (1935) 295 u.s. 78

      Brewer v. Williams (1977) 430 u.s. 18

      Chapman v. California (1967) 386 u.s. 36

      Crawford v. Washington (2004) 541 u.s. 36

      Egar v. Superior court (2004) 120 cal. App. 4th 1306

      Faretta v. California (1975) 422 u.s. 806, 45 L.Ed.2d 562

      Gideon v. Wainwright (1963) 372 u.s. 335

      In Re Anthony R. (2001) 87 cal. App. 4th 348

      In Re Joseph B. (1983) 34 cal. 3d. 952

      In Re Michael S. (1983) 141 cal. App. 3d 814

      In Re Winship (1970) 397 u.s. 358

      Jackson v. Virginia (1979) 443 u.s. 307

                                    See Next page
                                    More
                                              15.

Attached documents of federal court & H.C.

page #7.

Continued list of supporting cases...

Johnson v. Zerbst (1938) 304 U.S. 458

Jones v. Smith (9th cir. 2000) 231 F.3d 1227

Nix vs. Whiteside (1986) 475 U.S. 157, 89 L.Ed 2d 123

Ohio v. Roberts (1980) 448 U.S. 56

People v. Ahan (1986) 42 Cal. 3d 1222

People v. Benevides (2005) 35 Cal. 4th 64

People v. Bought (1996) 12 Cal. 4th 652

People v. Carrera (1989) 49 Cal. 3d 291

People v. Cummings (1993) 4 Cal. 4th 1233

People v. Duran (2002) 97 Cal. App. 4th 1448

People v. Espinoza (1992) 3 Cal. 4th 806

People v. Gudson (1993) 19 Cal. App. 4th 1700

People vs. Guzman (1988) 45 Cal. 3d 915

People v. Zumbrano (2004) 124 Cal. App. 4th 228

Stronce v. United States (1960) 361 U.S. 668

United States v. Cronic (1484) 466 U.S. 648

United States v. Sanchez (9th cir. 1999) 176 F.3d

1214.

Attached Document to Federal writ of H.C.
Continue Page 6-        Additional Grounds
                                (claims)
Claim Six:

Appellant's Improper conviction of criminal
Threats, Penal Code §422 Prejudiced The Entire
case...

Supporting facts of claim Six:

Appellant was charged in count V with making
criminal threats, Penal Code 422, against his
fiancé Lisa Welch and her father Samuel Gay
Rhone. Lisa's older cousin was at the Nation's
Market parking lot. Rhone overheard someone, who
was not visible, say if he did not get his money,
he'd "blow away" or "smoke" the welch family,
starting with Lisa and the baby. Jimmy welch
told the speaker was Appellant. Lisa's father,
Samuel told officer Gonzales that he overheard
Appellant threaten Lisa on the telephone.
Appellant wanted his money back regarding
the car. Otherwise, he was going to kill them.
The trial court's improperly allowed the
Rhone testimony that Lisa said Appellant "had
assaulted her in the past, telling the jury he
has hit, punched, and kicked her on numerous
occasions. These statements were highly
prejudicial. The courts improperly allowed
these necessary statements to be heard by
the jury, regarding the threats.

Claim Seven:
The Trial court erred in admitting officer
Bertrana's opinion that carlette was a "witness"
And That carlette was "in the Area when The
shooting occurred".

Supporting facts for claim Seven:
In carlette's taped statement to officer Bert-
ana, the jury was allowed to hear, over defense
objection, Bertrana's ~~proof~~ preamble. (Please
View U.S. constitution — constitution violation
on additional page for count both 6 and 7.

-17-

PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Joseph Horne V-84328_, declare:

I am over 18 years of age and a party to this action. I am a resident of _Pelican Bay State_ Prison,

in the county of _Del Norte_,

State of California. My prison address is: _P.O. Box - 7500_
_Crescent City CA 95532_

On _November 12th 2007_,
(DATE)

I served the attached: _Petition For A Writ of Habeas corpus. (Federal)_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,

with postage thereon fully paid, in the United States Mail in a deposit box so provided at the

above-named correctional institution in which I am presently confined. The envelope was

addressed as follows: _Office of Attorney General_
_State of California._
_455 Golden Gate Avenue Suite 11000_
_San Francisco, CA 94102-3664_

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

Executed on _11/12/2007_                    _____
            (DATE)                              (DECLARANT'S SIGNATURE)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

NAME: Joseph Horne

CDC NO: V-84328 HOUSING: A1-120

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

RECEIVED
NOV 1 5 2007

Judge
To: USS
DISTR
Dist
Dist
130
Oak

# LEGAL MAIL