TO: The Clerk.
From: Joseph Horne.
Reason: Change of Address.
Case #: 4:07-CV-04592-SBA.

Joseph Decora Horne
　　　　　Petitioner

V.

Robert Horel,
Warden (P.B.S.P.)
　　　　　Respondent.

NC

PELICAN BAY
AD-SEG, UNIT A-1

FILED
DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I'm writing to notify the courts that on the date of 12/19/07 I will be transferred down south to a new prison called New Delano in Kern Valley.

I do not have the address at this time but I will send it as soon as I'm able.

Please don't send any of my mail here. I will not be here.

Dated: 12/15/07
Signed: Joseph H.

Case 4:07-cv-04592-SBA   Document 7   Filed 12/21/2007   Page 2 of 2

NAME: Joseph Horne
CDC NO: V-84328  HOUSING: A-120
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

**LEGAL MAIL**

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.41⁰
PITNEY BOWES
DEC 18 2007

Office of the Clerk, U.S.
District Court Northern
District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212