To: The Clerk
From: Joseph Horne #V-84328
Case # 4:07-cv-04592-SBA

Joseph Horne v. Robert Horel.
Petitioner,                    Respondent.

Dec. 27th 2007

**FILED**

JAN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Greetings!

Hello, I'm writing to notify the courts of my new address. I was recently moved to a new prison.

I'm also requesting an updated docket sheet so that I can know if there has been any recent rulings. If anything was sent it'll be a long time before it reaches me. (if anything was sent to my old address).

Thanks!

New address!
Joseph D. Horne #V-84328
K.V.S.P. B-8/215
P.O. Box-5102
Delano, CA 93216

Joseph

Joseph D. Horne #V-84328
K.V.S.P. D-8/215
P.O. Box-5102
Delano, CA 93216

Legal Mail.

9451235212 0037

To: Office of the Clerk, U.S. District Court, Northern District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212