1  Joseph Horne -V-84328
2  P.B.S.P.
3  P.O. Box-7500
4  Crescent City, CA 95532
5  In Pro-Se

**FILED**

FEB 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA.

Joseph Horne,
   Petitioner,
   V.
Robert Horel, Warden,
   Respondent.

Civil Case No.
07-4592-SBA

"Request for
Appointment of
Counsel."

Joseph Horne, Petitioner, urgently Requests for legal counsel in the above captioned matter. Specifically, Petitioner Request for appointment of counsel for the following reasons:

1. Petitioner is a prisoner who has been diagnosed with a severe mental disorder and cannot represent himself in the pending matter do to such mental illness. Pursuant to 28 U.S.C § 2254

2. Petitioner, has been on psychotropic

medication since the age of 15. Petitioner is clearly not fit to represent himself and urgently request for counsel in this matter to ensure that petitioner's 2254 Habeas corpus matter is properly represented and to ensure a full fair and just review in this urgent legal matter.

3. Petitioner, is severely indigent and can not retain counsel. Please view court documents filed September 5th 2007 in the present matter.

4. Petitioner is not at all experienced in the profession of law in neither the state or federal courts.

Under penalty of perjury, I, Joseph Horne, declare that the foregoing is true.

Respectfully Submitted

Signed By: /s/ Joseph Horne
Joseph Horne
V-84328

# PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, Joseph Horne, am a resident of ~~Pelican Bay State Prison~~ K.V.S.P., in the County of ~~Del Norte~~ Kern, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: ~~Pelican Bay State Prison, P.O. Box 7500~~ K.V.S.P. P.O. Box-5102, Housing Unit B-8 Cell Number 215, Crescent City, CA 95532-7500.

On the 1 day of 29th, I served the following (set forth the exact title of document[s] served):

2-Page Motion "Request For Appointment of Counsel"

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at ~~Pelican Bay State~~ K.V.S.P. Prison, ~~Crescent City~~ Delano, CA ~~95532~~ 93216, and addressed as follows:

Office of Attorney General
State of California
                                    Suite 11000
455 Golden Gate Ave
San Francisco CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct:

_____        _____
Inmate Signature                Date

Page Number: _____

*Facility A Law Library*
*Rev. 10/2007*

Mr. Joseph Horne #V-84328
K.V.S.P. B-8/215
P.O. Box-5102
Delano, CA 93216

Office of the clerk
U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212