1  Joseph Horne #V-89328
2  P.O. Box-5102 (K.V.S.P.)
3  Delano, CA 93216
4  Pro-Per

**FILED**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California.

Joseph Horne
   Petitioner,
v.
Warden Robert Horel
   Respondent,

Case No. 4:07-cv-04592-SBA

"Petitioner's Application for Certification of Appealability from the District Court; And Statement of Reason in Support."

### Introduction

Pursuant to 28 USC §2253, Rule 22 FRAP, and Ninth Circuit Rule 22-1, Petitioner, Joseph Horne hereby requests that the U.S. District Court issue a certificate of Appealability (hereafter "COA"), permitting Petitioner to appeal from the non-judgement entered by the Hon. Saundra Brown Armstrong U.S. District Judge in the above entitled matter.

Previously and/or concurrently with this Application for COA, Petitioner has filed a timely Notice of Appeal.

### Summary

On the date of September 5th 2007 Petitioner

(1)

1. Joseph Hodge, pro-per, filed a federal writ of
2. habeas corpus. Petitioner was then assigned
3. to Hon. Saundra Brown Armstrong U.S. District
4. Judge. It has been 5 months since the filing
5. of said petition... and approximately 2½ since
6. the petition has been served.
7. U.S. District Judge has yet to make any
8. ruling. The Hon. Judge has yet to grant or
9. dismiss the petition with/without pre-
10. judice. Nor, has Hon. U.S. District Judge
11. issued an order to show cause upon the
12. respondent. The current case has been on
13. pause for 5 months for reasons unknown
14. to defendant/petitioner.
15.   U.S. District Judge has failed to rule
16. on all issues brought forth in current pet-
17. ition. Specifically claim — claim #1, claim #2, claim #3,
18. claim #4, claim #5 and claim #6

19.   Nature of claims
20. Claim #1: Petitioner's 6th Amendment was violated
21. and he was denied a fair trial when trial
22. counsel failed to participate during cross-exami-
23. nation. Petitioner was denied counsel while he
24. was undergoing cross examination. By the pros-
25. ecutor.
26. Claim #2: Petitioner was denied counsel
27. during direct examination while he was
28. on stand testifying. In violation of his 5th, 6th and

(2)

1. 14th Amendment provided by the U.S. Con.
2. Claim #3: Defense counsel rendered ineffect-
3. ive assistance when he failed to object to
4. hearsay evidence that co-defendant Samantha
5. Smith pled guilty to the crime of accessory
6. after the fact for shooting at Beverly Jones
7. house. Trial court erred in admitting evidence
8. of a non-testifying co-defendant's guilty plea.
9. Claim #4: Defense counsel rendered ineffective
10. assistance by failing to object to the verdict
11. and sentence for the premeditated aspect of
12. attempted murder on the grounds that the
13. enhancement of premeditation was not
14. pleaded as required. In violation of Petit-
15. ioner's 14th, 5th and 6th Amendment.
16.     These are the only claims I wish to
17. take to the ninth circuit courts.
18.     <u>Conclusion</u>
19. Petitioner prays that C.O.A. is granted by
20. the U.S. District court. Petition has raised
21. several obvious U.S. constitutional violations.
22. including denial of counsel at a critical
23. stage of trial. <u>U.S. vs. Cronic</u> (1984) 466 U.S. 648
24. "Denial of counsel at a critical stage of trial
25. cannot be harmless." I was unjustifiably denied
26. counsel at two critical stages of my trial.
27. I was found guilty of a crime never charged.

                          Joseph Horne

                          Signed: /s/

28. <u>Apprendi v. New Jersey</u> (2000)
    530 U.S. 436.

                          Date: 1/21/2008

(3)

# PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, Joseph Horne, am a resident of ~~Pelican Bay State Prison~~ Kern Valley State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: ~~Pelican Bay State Prison, P.O. Box 7500~~ K.V.S.P. P.O. Box-5102, Housing Unit B-8 Cell Number 215, ~~Crescent City, CA 95532-7500~~ Delano, CA 93216.

On the 24 day of January 2008, I served the following (set forth the exact title of document[s] served):

United States District Court
Northern District of California.
Motion For Notice Of Appeal.

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at ~~Pelican Bay State Prison, Crescent City, CA 95532~~ K.S.V.P. Delano, CA 93216, and addressed as follows:

United States District
Court Northern District
of California.
1301 Clay St Suite 400S
Oakland, CA 94612-5212

I declare under penalty of perjury that the foregoing is true and correct:

_____       1/24/08
Inmate Signature                    Date

Page Number: 1

*Facility A Law Library*
*Rev. 10/2007*



Mr. Joseph Hodge #V-84328
K.V.S.P. 8-8/118
P.O. Box-5102
Delano, CA 93216

RECEIVED
2008 FEB 25 PM 3:20
RICHA...    ING
U.S. DISTRICT COURRT
NO. DIST. OF CA. S.J.

SBA

Legal
Mail

Office of the Clerk, U.S. District
Court Northern District of
California
280 South First Street, Room 2112
San Jose, CA 95113-3095