Joseph Horne # V-84328

P.O. Box-5102 (K.V.S.P.)

Delano, CA 93216

Pro-Per

United States District Court

Northern District of California.

Joseph Horne

Petitioner,

v.

Warden, Robert Horel.

Case No. 4:07-cv-04592-SBA

"Notice of Appeal".

Pursuant to Rule 4(a), Federal Rules of Appellate Procedure, Petitioner, Joseph Horne, pro-per, hereby appeals from the non-Judgement of the District Court Hon. Judge Saundra Brown Armstrong. Refusing to or just simply not responding to above entitled Federal writ of Habeas Corpus case.

Filed contemporaneously with this Notice of Appeal, Petitioner respectfully submits an Application for Certificate of Appealability from the District Court.

Date: 1/21/08

Respectfully submitted

By: _____

PRO-PER

FILED

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, Joseph House, am a resident of ~~Pelican Bay State Prison~~ K.V.S.P., in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: ~~Pelican Bay State Prison~~ K.V.S.P., P.O. Box ~~7500~~ 5102, Housing Unit B-8 Cell Number 215, Delano ~~Crescent City~~, CA ~~95532-7500~~ 93216.

On the 24 day of January, 2008, I served the following (set forth the exact title of document[s] served):

Petitioner's C.O.A. From The District court; And Statements of reason In Support.

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at ~~Pelican Bay State Prison, Crescent City~~ K.V.S.P., CA ~~95532~~ 93216, and addressed as follows:

U.S. District court
of Northern District
of california.

1301. Clay. St. suite 400S
Oakland, CA 94612-5212

I declare under penalty of perjury that the foregoing is true and correct:

_(Inmate Signature_    1/24/08
_Date_

Page Number: 1