**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-04592 SBA**

**CASE TITLE: JOSEPH D. HORNE-v-ROBERT HOREL**

Dear Sir/Madam:

    Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file (in one volume), an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

    Please acknowledge receipt and return to this office.

Dated: March 26, 2008

Sincerely,

RICHARD W. WIEKING, Clerk

by: ____/s/____
    Jessie Mosley
    Case Systems Administrator

Enclosures: