1  Joseph Horne
2  V-84328
3  K.V.S.P.
4  P.O. Box-5102
5  Delano, CA 93216
6
7  Joseph Horne vs. Robert Horel
8  Case # 4:07-cv-04592-SBA
9  Subject: Amended complaint
10
11 To: District court clerk.
12
13    Last month I sent a copy
14 and an original First Amended
15 complaint to your office. I have
16 not received a response.
17    I'm requesting that the
18 courts send me a update of
19 everything that has happened
20 in my case. I need to know
21 if your office has received
22 my complaint.
23    Please send me a update
24 of all filings in my case.
25 I have a copy of my proof of
26 service.
27    My complaint has not been
   acknowledged.

FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Respectfully
J. Horne
4/13/08

Mr. Donald Hadley
V-84328
K.V.S.P. B-8/118
P.O. Box 5108
Delano, CA 93216

Office of the clerk
U.S. District
Court of N. District
of California
1301 Clay St. Suite 400s
Oakland, CA 94612-5212

Legal
Mail