1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  CATHERINE A. RIVLIN
   Supervising Deputy Attorney General
5  SARA TURNER, State Bar No. 158096
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5712
    Fax:  (415) 703-1234
8   Email:  Sara.Turner@doj.ca.gov
   Attorneys for Respondent
9
                IN THE UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  **JOSEPH DEONN HORNE,**                    C 07-4592 SBA (PR)

14                            Petitioner,      **APPLICATION FOR
                                               ENLARGEMENT OF TIME
15           **v.**                            TO FILE ANSWER**

16  **ROBERT HOREL, Warden,**

17                            Respondent.

18

19          For the reasons stated in the accompanying declaration of counsel, respondent hereby

20  requests a ten (10) day enlargement of time until August 1, 2008, within which to answer the petition

21  for writ of habeas corpus in this case.  A stipulation has not been sought because petitioner is an

22  incarcerated state prisoner who is representing himself.

23  ///

24  ///

25  ///

26

27

28

Application for Enlargement of Time                    *Joseph Deonn Horne v. Robert Horel, Warden*
                                                        C 07-4592 SBA (PR)

1      WHEREFORE, respondent respectfully requests that this Court grant an extension of time

2  to and including August 1, 2008, in which to file the answer.

3

4      Dated: July 18, 2008

5                          Respectfully submitted,

6                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

7                          DANE R. GILLETTE
                           Chief Assistant Attorney General

8                          GERALD A. ENGLER
                           Senior Assistant Attorney General

9

10                         CATHERINE A. RIVLIN
                           Supervising Deputy Attorney General

11

12                         /s/ Sara Turner

13                         _____

14                         SARA TURNER
                           Deputy Attorney General
                           Attorneys for Respondent

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Enlargement of Time                    *Joseph Deonn Horne* v. *Robert Horel, Warden*
                                                        C 07-4592 SBA (PR)

2