1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  CATHERINE A. RIVLIN
   Supervising Deputy Attorney General
5  SARA TURNER, State Bar No. 158096
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5712
    Fax:  (415) 703-1234
8   Email:  Sara.Turner@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH DEONN HORNE,** | C 07-4592 SBA (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

I, Sara Turner, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to handle the above-captioned case. This court issued an order to show cause on March 24, 2008 requiring an answer to the petition for writ of habeas corpus be filed and served on petitioner within one-hundred twenty days of the issuance of the order. With the exception of two documents, I have obtained the necessary court documents. Recently I realized that petitioner had raised new claims in a petition for a writ of habeas corpus in the State court simultaneous with the filing of a petition for review to the California Supreme Court. The California Supreme Court's determination (denial) of petitioner's writ of habeas corpus is anticipated to be delivered on July 21, 2008. I also anticipate receiving a copy of

an amended abstract of judgement filed in petitioner's trial court proceeding, which should also be received by July 21, 2008.  For these reasons and due to my other commitments, I am unable to file a response by July 22, 2008, and will need the additional time requested.

During the past two months, I have filed state court respondent's briefs in *People v. Wilson, et al* (A116576), *People v. Pappadopoulos* (A117925), supplemental briefing in *People v. Milinich* (H032823), and a response to a petition for writ of habeas corpus in *Wills v. Sisto*, C 07-06003 (TEH) (PR).  I am in the process of preparing state court respondent's briefs in *People v. Hampton* (A119629), *People v. Hall* (H032623) and *People v. Sanchez.* (A118311).  I have conducted significant work in the instant case, which involves of an extremely large record (23 volumes of reporter's transcripts), and I have drafted the arguments to petitioner's claims.  Because of the amount of work completed on the brief, until today I was unable to anticipate for certain that I would require the ten-day enlargement of time.

WHEREFORE, respondent requests an additional ten days, to and until August 1, 2008, within which to comply with this Court's order to show cause.  I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated in state prison and cannot be conveniently reached.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed at San Francisco, California on

1 | July 18, 2008.

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | CATHERINE A. RIVLIN
Supervising Deputy Attorney General

/s/ Sara Turner

_____
SARA TURNER
Deputy Attorney General
Attorneys for Respondent

Decl. of Counsel in Supp. of Appl. for Enl. of Time                              *Joseph Deonn Horne v. Robert Horel, Warden*
C 07-4592 SBA (PR)

3