IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH DEONN HORNE,** | C 07-4592 SBA (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 1, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within sixty (60) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: _____

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge