1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| **JOSEPH DEONN HORNE,** | C 07-4592 SBA  (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 1, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within sixty (60) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: 7/22/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH D. HORNE,

    Plaintiff,

v.

ROBERT HOREL et al,

    Defendant.

Case Number: CV07-04592 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Deonn Horne V-84328
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2