1  Joseph Horne
2  #V-84328
3  K.V.S.P.
4  P.O. Box-5102
5  Delano, CA 93216

7  Joseph Horne,
8  Petitioner,
9  vs.
10 Robert Horel,
11 Respondant.

Case: 4:07-cv-04592-SBA (PR)

"Notice to Court."

I, Joseph Horne, hereby sends notice to court the I was unable to serve the respondant with motion of opposition to it's request for an extention of time.

Petitioner did not have time to make copies using the complicated process. The opposition is urgent and needed to be filed today.

I, declare under penalty of perjury that the foregoing is true.

executed 7/24/2008 at K.V.S.P.

signed: [signature]

JOSEPH HORNE
# V-84328
K.V.S.P. B-8/118
P.O. Box-5102
Delano, CA 93216

Attorney General was served. 7/24/08

Kern Valley State Prison
Facility B, Building 8

Office of The Clerk
U.S. District Court
Northern District of California
1301 Clay St. # 400S
Oakland, CA 94612-5212


7/24/08