1  Joseph Horne
2  #V-84328
3  K.V.S.P.
4  P.O. Box-5102
5  Delano, CA 93216

**FILED**
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In the District Court of United States for the Northern District of California.

Joseph Horne,
Petitioner.
vs.
Robert Horel,
Warden Respondent.

case C07-4592 SBA (PR)

Application for Englargement of time to File Answer "The opposition."

I, Joseph Horne, Petitioner in the above case, oppose respondants motion for enlargement of time to Answer.

Petitioner has read and considered respondants motion.

Petitioner will set forth several reasons for his decision to oppose such motion:

(1) Respondant acknowledges that it received the Honorable Judges order filed March 24th 2008. Thus, by reading such order

(1)

Respondant was aware that the courts clearly ordered anyone who wished to receive an extention of time to file atleast 10 days prior to the set deadline (Please view order to show cause in the above case paragraph. #7.) Respondant constructed it's motion on the date of July 18th 2008 clearly passed the set time.

(2.) The reason the respondant gives in it's attempt to get more time is misleading

Respondant claims that it had just realized that Petitioner filed-by Petitioner occured prior to-new claims... All claims filed by petitioner occured prior to the Honorable judge serving the respondant w/an order to show cause.

Respondant claims that Petitioner could not be contacted do to his being incarcerated. That's surely misleading the courts. The Petitioner is pro-per and can be contacted by mail

1 and or phone.
2   Respondant claims that
3 she was held up by several other
4 cases. That she had to file briefs
5 in those cases, several briefs
6 in the passed 60 days. That should
7 not be accepted as a reasonable
8 excuse for the respondant's
9 clear violation of the ordered
10 timeline... If respondant was
11 already at the stage of the case
12 we-where they had to file
13 briefs that means she knew
14 of it months prior. Thus, had more
15 than enough time to comply w/
16 said order. Atleast the part that
17 said one "must" file for extention
18 10 days prior to deadline.
19   Petitioner, understands resp-
20 ondants attempt to be very
21 keenly manipulative. By the time
22 the judge answers my motion
23 of opposition the respondant will
24 have already enjoyed the 10 days
25 requested.
26   Petitioner, hereby request
27 that the motion for an extention
28 of time is not granted...

(3)

1. Thereby, requesting that the
2. Honorable Judge grant my
3. motion for default of Judgement.
4.     Respondant clearly violated
5. the order for reasons that
6. do not seem reasonable.
7.     No new claims were filed
8. after the respondant was served
9. with an order by the Honorable
10. Judge.
11.     There is absolutely no diff-
12. iculty in the respondant cont-
13. acting the defendant (Petitioner).
14.     Her (the respondant's) current
15. case played no reasonable part
16. in her not complying w/the 10
17. day order set forth by the court.
18.     Respondant should be den-
19. ied any additional time. Petit-
20. ioners motion should be
21. granted.
22.
23.     I, Joseph Horne, declare under
24. penalty of perjury that the foregoing
25. is true and correct.
26.     Executed At K.V.S.P. on Date of:
27. July 24th 2008

Signed: [signature]
Joseph Horne

(4)

Plaintiff's name:
Joseph Horne
Petitioner.
vs.

Defendant's name:
Robert Horel,
Warden.                    /

Case Number: 4:07-CV-04592-SBA

PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and ___ a party to the above-entitled action.

On July 24th, 20 08, I served a copy of Joseph Horne _____, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail: Office of the Clerk U.S. District Court Northern District of California 1301 Clay St. #400S Oakland, CA 94612-5212

(LIST ALL DEFENDANTS SERVED IN THIS ACTION)

Robert Horel,
Warden.

Attorney General of
California.

I declare under penalty of perjury that the foregoing is true and correct.

(Signed)