Joseph Horne
#V-84328
K.V.S.P.
P.O. Box-5102
Delano, CA 93216

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

Petitioner,
Joseph Horne

vs.

Robert Horel, warden

case# 4:07-CV-04592-SBA

"Default of Judgement"

I, Joseph Horne, hereby submits motion for "Default of Judgement". This is filed against the respondent party to the writ of habeas corpus currently filed in the District Court. Specifically, case under number 4:07-CV-04592-SBA.

On the date of March 24th 2008 the Honorable Judge Saundra Brown Armstrong issued an order directing respondant to show cause why the petition should not be granted.

It was set forth in this order that was served upon

(1)

1  both parties that the respon-
2  dant had 120 days to respond
3  and or file for an extension
4  within 10 days of order deadline
5  (Please view attached order).
6      As of the date of July 24th 2008
7  at approximately 4:30 p.m.
8  Petitioner has yet received an
9  answer by the respondant.
10     Today is the 24th of July 2008
11 exactly 122 days after the
12 order by the Honorable Judge
13 was issued, which places the
14 respondant in violation of
15 the ordered deadline.
16     Respondant has failed to re-
17 spond to the above case, by
18 ordered deadlines. Thus, petiti-
19 oner respectfully request that
20 the Honorable Judge grants a
21 "Default of Judgement", thereby writ
22 of Habeas corpus as to all grounds
23 submitted should be granted.
24     I declare under penalty of
25 perjury the foregoing is true
26 and correct.
27     Executed at Delano          , CA
28 on  7/24/08

Joseph Horne
Petitioner

E-FILED

MAR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DEONN. HORNE,

Petitioner,

v.

ROBERT HOREL, Warden,

Respondent.

No. C 07-4592 SBA (PR)

**ORDER GRANTING *IN FORMA PAUPERIS* STATUS AND DIRECTING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED**

(Docket nos. 2, 10)

#12

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also seeks leave to proceed *in forma pauperis*. It does not appear from the face of the petition that it is without merit.

On February 28, 2008, Petitioner filed a notice of appeal and a motion for a certificate of appealability (COA). Unless a circuit justice or judge issues a COA, an appeal may not be taken to the court of appeals from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court. 28 U.S.C. § 2253(c)(1). Petitioner states that he is attempting to appeal "the non-judgment of the District Court Hon. Judge Saundra Brown Armstrong refusing to or just simply not responding to [the] above entitled federal writ of habeas corpus case." Petitioner is not appealing a final order by the Court. Accordingly, his application for a COA is DENIED. Further, Petitioner's attempt to appeal does not deprive this Court of jurisdiction to enter its order in the case.

Good cause appearing, the Court hereby issues the following orders:

1. Petitioner's application to proceed *in forma pauperis* (docket no. 2) is GRANTED.

2. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.

3. Respondent shall file with this Court and serve upon Petitioner, within one-hundred and twenty (120) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not

be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

4.   If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

5.   Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

6.   It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

7.   Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

8.   Petitioner's application for a COA (docket no. 10) is DENIED. The Clerk of the Court shall transmit the file, including a copy of this Order, to the Court of Appeals. See Fed. R. App. P. 22(b); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

9.   This Order terminates Docket nos. 2 and 10.

IT IS SO ORDERED.

DATED: 3/20/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH D. HORNE,

    Plaintiff,

v.

ROBERT HOREL et al,

    Defendant.

Case Number: CV07-04592 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Deonn Horne V-84328
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: March 24, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Horne4592.OSC-IFPFiled.wpd

Plaintiff's name:

JOSEPH HORNE
PETITIONER.

vs.

Case Number: 4:07-CV-04592-SBA

Defendant's name:

ROBERT HOREL,
WARDEN. / PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and ___ a party to the above-entitled action.

On July 24th, 20 08, I served a copy of JOSEPH HORNE _____, by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail: Office of the clerk U.S. District court Northern District of California

(LIST ALL DEFENDANTS SERVED IN THIS ACTION) 1301 clay st. #400s Oakland, CA 94612-5212

Robert Horel
Warden.

&

Attorney General of
California.

I declare under penalty of perjury that the foregoing is true and correct.

(Signed)