1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  SARA TURNER
   Deputy Attorney General
6  State Bar No. 158096
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5712
8    Fax: (415) 703-1234
     Email: sara.turner@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH DEONN HORNE,** | C 07-4592 SBA (PR) |
| Petitioner, | **NOTICE OF LODGED EXHIBITS** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Respondent hereby submits the following exhibits and transcripts to be lodged with the court in connection with its consideration of the Answer and Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action:

| EXHIBIT | DESCRIPTION |
|---|---|
| (1) | Clerk's Transcript (5 volumes) |
| (2) | Reporter's Transcript (25 volumes) |
| (3) | Appellant's Opening Brief |
| (4) | Respondent's Brief |
| (5) | Appellant's Reply Brief |

1     (6)     Petition for Review, including Attachment A, Opinion by California Court of Appeal

3     (7)     California Supreme Court Order denying review

4     (8)     Petition for Writ of Habeas Corpus filed in the California Supreme Court

5     (9)     California Supreme Court Order denying Petition for Writ of Habeas Corpus

Dated: August 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/ SARA TURNER
Deputy Attorney General

Attorneys for Respondent

20129749.wpd

Notice of Lodged Exhibits - *Hornes v. Horel* - C 07-4592 SBA (PR)

2