1 Joseph D. Horne

2 #V-84328

3 K.V.S.P.

4 P.O. Box-5102

5 Delano, CA 93216



FILED

SEP - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7      IN UNITED STATES DISTRICT COURT

8       OF NORTHERN DISTRICT OF CALIFORIA.

9

10 Joseph P. Horne,                    CASE NO. C07-4592-SBA

11 Petitioner...

12 V.                                  "REQUESTE FOR

13 Robert Horel. Warden,               EVIDENTIARY

14 Respondant...                       HEARING..."

15

16

17      Petitioner. Joseph Horne hereby.

18 Request an "Evidentiary Hearing" to

19 be held Regarding the current

20 case before the Honorable Distr-

21 ict court.

22

23      Petitioner Request that the

24 Honorable District court hold an

25 "Evidentiary Hearing for the

26 following Reasons:

27 (1.) Petitioner plans to show thru

28 testimony of Robert T. Hatcher

(trial counsel for petitioner) and
Garry St. Clair (P.I. for petitioner)
that trial counsel never expressed
to the petitioner any doubt any
part of the petitioner's story be-
fore trial...Further, to show that
counsel disbelief that petitioner
was not at the "Baby Shower" (alibi
for count one) was mere spe-
culation, a belief that's was not
provoked by any admission by the
petitioner, nor, was such belief pro-
voked by any type of evidence.

(2.) Petitioner desires to show evid-
ence that Many, if not all, witnesses
were afraid to speak for any side,
especially the defense because
of allegations made by the D.A.
in open court that petitioner's P.I.
Garry St. Clair, was involved in hav-
ing witness in petitioner's case
shot at...An allegation that forced
the court to order petitioner's
P.I. to stay away from all of the
witness, such allegation and order
was made on record by the
the prosecutor and Honorable

(2.)

1  Judge Sillman...such evidence will
2  surely show that Robert T. Hatcher
3  reason for not believing Petition-
4  er's alibi was insuffient and absu-
5  rd...Due to the fact counsel knew
6  with no doubt why witness would
7  not speak to Petitioner's defense.
8  team.
9
10  (3.) Petitioner plans to show that
11  trial counsel possessed no evid-
12  ence that Petitioner was being
13  untruthful at any time. (which may
14  be evident in trial counsel declar-
15  ation filed in the state courts...
16  But Petitioner believes it would
17  be more settled if counsel was
18  forced to undergo cross exami-
19  nation regarding his ethical
20  obligation claim that Petitioner
21  believe he coaxed in his attempt
22  to intimidate Petitioner in hopes
23  that he would not testify on his
24  own behalf...)
25
26  (4.) Petitioner desires to show
27  evidence that he was not inform-
28  ed that his trial counsel would

(3.)

set out and not protect him during cross-examination.

Further, an "Evidentiary Hearing" is necessary for the reasons set forth above... and for any arguments set forth by petition in his "Brief" that the Honob-Honorable feels need to be proven further.

Petitioner hereby declares under penalty of perjury that the foregoing is true...

Executed at K.V.S.P. on 8/25/08

Signed _____

PRO PER Joseph Horne
K.V.S.P.
P.O. Box-5102
Delano, CA 93216

(4.)

<u>PROOF OF SERVICE BY MAIL</u>

<u>BY PERSON IN STATE CUSTODY</u>

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Joseph Horne__, declare:

I am over 18 years of age and a party to this action. I am a resident of __K.V.S.P.__ Prison,

in the county of __Kern County__

State of California. My prison address is: __P.O. Box 5102__

__Delano, CA 93216__

On __August 26th 2008__

I served the attached: __Motion for "Evidentiary__

__Hearing."__

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,

with postage thereon, fully paid, in the United States Mail in a deposit box so provided at the

above-named correctional institution in which I am presently confined. The envelope was

addressed as follows:

__Attorney General__
__455 Golden Gate Avenue  Suite 11000__
__San Francisco, CA 94102-7004__

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

Executed on __August 26th 2008__      _[signature]_

(DECLARANT'S SIGNATURE)

E:\COMMON\CSA\FORMS\... VPD August 31, 2000 (1 pm)