Mr. Joseph D. Horne
#V-84328
K.V.S.P. B-8/118
P.O. Box-5102
Delano, CA 93216

Office of the Clerk, U.S.
Northern District Court
of California
1301-Clay St. Suite 400S
Oakland, CA 94612-5212



Legal Documents

Legal Documents